**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ESTATE OF JAMES B. KARN, DECEASED | : No. 38 WAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: JAMES L. KARN | : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.